IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| SHEILA ANDERSON, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 5:12-cv-00208-SWW |
| | * | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA d/b/a UNUM, | * | |
| | * | |
| Defendant. | * | |

_____

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA d/b/a UNUM, | * |
| Counter Claimant | * |
| vs. | * |
| SHEILA ANDERSON, | * |
| Counter Defendant | * |

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that Sheila Anderson's complaint is dismissed with prejudice and that judgment is entered in favor of Unum Life Insurance Company of America d/b/a Unum on its counterclaim in the amount of $27,986.34.

IT IS SO ORDERED this 14th day of January 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE